CLEVELAND METROPOLITAN BAR ASSOCIATION *v*. HELLER.

[Cite as *Cleveland Metro. Bar Assn. v. Heller*, ___ Ohio St.3d ___,

**2023-Ohio-1205.]**

(No. 2020-0742—Submitted April 12, 2023—Decided April 13, 2023.)

ON APPLICATION FOR REINSTATEMENT.

_____

**{¶ 1}** This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Michael Aaron Heller, Attorney Registration No. 0073376, last known business address in Euclid, Ohio.

**{¶ 2}** The court coming now to consider its order of July 1, 2021, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year, with six months stayed on conditions, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

**{¶ 3}** Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.  It is further ordered, consistent with the opinion rendered herein on July 1, 2021, that respondent shall be required to work with a monitor appointed by relator for a period of six months to ensure that respondent implements proper law-office and client-trust-account management procedures.

**{¶ 4}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

**{¶ 5}** For earlier case, see *Cleveland Metro. Bar Assn. v. Heller*, 165 Ohio St.3d 329, 2021-Ohio-2211, 179 N.E.3d 72.

KENNEDY, C.J., and FISCHER, DeWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____